1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE JACKSON,  )<br>  ) | No. C 14-0941 LHK (PR) |
| Petitioner,  )<br>  ) | ORDER OF DISMISSAL |
| v.  )<br>  ) | |
| PEOPLE OF THE STATE OF  )<br>CALIFORNIA,  )<br>  ) | |
| Respondent.  ) | |

On February 28, 2014, petitioner, a state prisoner proceeding *pro se*, filed motion for extension of time within which to file a federal petition for writ of habeas corpus. That same day, the court sent a notification to petitioner, informing him that he did not pay the filing fee, nor did he file a completed application to proceed in forma pauperis ("IFP"). Moreover, the court informed petitioner that he was required for file a federal petition for writ of habeas corpus within twenty-eight days. The court provided petitioner with a blank IFP application, along with a return envelope, and a notification that the case would be dismissed if petitioner failed to pay the fee, or file a completed application with supporting documentation within twenty-eight days.[1]

On March 28, 2014, petitioner filed an incomplete application to proceed IFP. Petitioner has still not filed a federal petition for writ of habeas corpus. As more than twenty-eight days

---

[1] This action was reassigned to this court on April 8, 2014, after petitioner failed to consent to magistrate judge jurisdiction.

Order of Dismissal
P:\PRO-SE\LHK\HC.14\Jackson941disifppet.wpd

1  have passed since petitioner was instructed to file a federal petition for writ of habeas corpus and
2  file a completed application to proceed IFP or pay the filing fee, this case is DISMISSED
3  without prejudice.  The clerk shall terminate all pending motions and close the case.
4      IT IS SO ORDERED.
5  DATED:  4/16/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\LHK\HC.14\Jackson941disifppet.wpd     2